IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CALVIN COOPER,** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| v. | : | NO. 12-7244 |
| **UNITED STATES OF AMERICA,** | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW,** this 30th day of December, 2013, upon consideration of the Government's Motion to Dismiss for Lack of Subject-Matter Jurisdiction (Doc. No. 7), Plaintiff's response, and the reply thereto, and for the reasons set forth in the accompanying memorandum opinion, it is **ORDERED** that the motion is **DENIED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**